UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | ED CV 20-0719-TJH(JEM) | Date | APRIL 10, 2020 |
|---|---|---|---|

| Title | Somboon Phaymany et al v. David A. Marin et al |
|---|---|

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Petitioner's counsel, shall file, as soon as possible, a supplemental declaration setting forth:

1. That counsel has consulted with petitioner's California parole officer and confirmed that petitioner remains eligible and approved for placement with the Amity Foundation;

2. That counsel has consulted with the Amity Foundation and confirmed that there is currently a bed waiting for petitioner if the Court orders him released from the Adelanto Detention Center;

3. The address of the Amity Foundation re-entry facility that will accept Petitioner; and

4. That counsel has consulted with the Amity Foundation and confirmed that it's facilities are in compliance with all COVID-19 safeguards.

After filing, a copy of the declaration shall be emailed to TJH_chambers@cacd.uscourts.gov.

IT IS SO ORDERED.

cc: all parties