# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| SOMBOON PHAYMANY,<br><br>          Petitioner,<br><br>    v.<br><br>CHAD T. WOLF, *et al.*,<br><br>          Respondents. | EDCV 20-00719 TJH<br><br>Temporary Restraining Order<br>and<br>Order to Show Cause [4] |

    The Court has considered the application for a temporary restraining order seeking immediate release, filed in connection with a petition for a writ of *habeas corpus,* pursuant to 28 U.S.C. § 2241, challenging the conditions of confinement, by Petitioner Somboon Phaymany, together with the moving and opposing papers.

    Petitioner is, currently, detained at the Adelanto Detention Center ["Adelanto"], in San Bernardino County, which is within the Central District of California. Petitioner asserts that, in light of the COVID-19 pandemic, the conditions of his confinement are, now, unconstitutional. Petitioner has a history of various criminal convictions, but he has completed his criminal sentences and is, now, a civil detainee.

    The Court incorporates by reference into this order the factual and legal grounds

supporting emergency injunctive relief, namely, immediate release, set forth in the Court's orders issued in *Castillo v. Barr*, CV 20-00605-TJH (AFMx)(C.D. Cal. Mar. 27, 2020), ECF No. 32; and *Hernandez v. Wolf*, CV 20-60017-TJH (KSx)(C.D. Cal. Apr. 1, 2020), ECF No. 17.

Based on the incorporated factual and legal grounds, and the facts and arguments presented, here,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the application for a temporary restraining order be, and hereby is, 𝕲𝖗𝖆𝖓𝖙𝖊𝖉.

𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Respondents shall, by 5:00 p.m. on April 14, 2020, release Petitioner Somboon Phaymany from custody pending further order of this Court, and subject to the following conditions of release:

1. Petitioner shall report to his Parole Officer at the California Department of Corrections and Rehabilitation, Division of Adult Parole Operations, 1301 Simpson Way, Escondido, California 92029 ["Escondido Parole Office"].
2. Petitioner shall be transported from the Adelanto Detention Center directly to the Escondido Parole Office by Lily Phaymany;
3. Petitioner shall reside at Amity Vista Ranch, at 2260 Watson Way, Vista, California 92083 ["Facility"];
4. Petitioner shall not leave the Facility, pending further order of the Court, except to obtain medical care;
5. Petitioner shall not violate any federal, state or local laws;
6. Petitioner shall not use or possess alcohol or illegal drugs; and
7. At the discretion of DHS and/or BICE, to enforce the above restrictions, Petitioner's whereabouts may be monitored by telephonic and/or electronic and/or GPS monitoring and/or a location verification system and/or an

1 automated identification system.

2

3 𝔍𝔱 𝔦𝔰 𝔣𝔲𝔯𝔱𝔥𝔢𝔯 𝔒𝔯𝔡𝔢𝔯𝔢𝔡 that Respondents shall show cause, if they have any, as
4 to why the Court should not issue a preliminary injunction in this case. Respondents'
5 response, if any, to this order to show cause shall be filed by Noon on April 20, 2020.
6 Petitioner's reply, if any, to Respondents' response shall be filed by Noon on April 23,
7 2020. The matter will then stand submitted.

8

9 Date: April 13, 2020

10 _____
11 Terry J. Hatter, Jr.
12 Senior United States District Judge